# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 31, 2014

Mr. John Christopher Alexander Sr.
Alexander Law Firm
3751 Government Street
Suite A
Baton Rouge, LA 70806-0000

Mr. Richard Royal Alexander
3646 Youree Drive
Shreveport, LA 71105

Mr. Stanley Stephen Spring II
Spring & Spring. L.L.C.
733 E. Airport Avenue
Suite 104
Baton Rouge, LA 70806-0000

      No. 14-31213    Kane Marceaux, et al v. Lafayette City-Parish Consolidated Government, et al
                            USDC No. 6:12-CV-1532

Dear Mr. Alexander, Mr. Alexander, Mr. Spring,

We have docketed the appeal and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed R. App. P. and 5th Cir. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

You must first complete a transcript order form that can be found on our website www.ca5.uscourts.gov. You are required to electronically file the form through the 5th Circuit electronic filing system, even if you have already done so with the district court. When completed, this meets your obligation to order the necessary portion(s) of the court reporter's transcript, see Fed R. App. P. 10(b). Second, you must make financial arrangements with the court reporter to pay for the transcript. If you are pro

se and unable to afford payment, you must file a motion with the district court requesting a transcript at government expense, and notify this court of the filing. We will then coordinate with the court reporter for a time to file the transcript. The court reporter should contact you directly if an extension of time is granted to file the transcript. If you do not order or make arrangements to pay for the transcript within 15 days, we will dismiss your appeal without further notice, unless the case is a criminal appeal and you are proceeding In Forma Pauperis, see 5ᵀᴴ CIR. R. 42.3.

We will provide you information about the briefing schedule of this appeal at a later date. If a transcript is unnecessary, notify us and we will start the briefing schedule. 5ᵀᴴ CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

All counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming all parties represented within 14 days from this date, see FED R. APP. P. 12(b) and 5ᵀᴴ CIR. R. 12. This form is available on our website www.ca5.uscourts.gov. Failure to electronically file this form will result in removing your name from our docket. Pro se parties are not required to file appearance forms.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: /s/ Sabrina Short
                                  Sabrina Short, Deputy Clerk
                                  504-310-7817

cc:  Mr. Patrick J. Briney
     Ms. Hallie Pilcher Coreil
     Mr. Michael P. Corry